# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

JESUS BAEZA,
TERESA BAEZA MIRALDA, and
JESUS D. BAEZA CONTRERAS,

    Plaintiffs,

v.                              No. 18-cv-0641 GJF/SMV

MARK MUNRO and ELI GOMEZ,

    Defendants.

## ORDER VACATING AND RESETTING TELEPHONIC STATUS CONFERENCE

**Date and time:**     October 5, 2018, at 10:30 a.m.

**Matter to be heard:** Case status and the Court's expectations regarding Initial Disclosures

The telephonic status conference set for October 3, 2018, at 9:30 a.m. is hereby VACATED. The telephonic status conference is reset for **October 5, 2018, at 10:30 a.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1] The Court requests that counsel read Fed. R. Civ. P. 26(a)(1) (Required Disclosures—Initial Disclosures) prior to the status conference.

    **IT IS SO ORDERED.**

                                                  **STEPHAN M. VIDMAR**
                                                **United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.