# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

JESUS BAEZA, TERESA BAEZA MIRALDA,
and,
JESUS D. BAEZA CONTRERAS

      Plaintiffs,

vs.                                      **No. CV-18-00641 JAP/SMV**

MARK MUNRO, and
ELI GOMEZ

      Defendants.

## STIPULATED ORDER GRANTING
## DEFENDANTS' UNOPPOSED MOTION
## FOR PROTECTIVE ORDER STAYING DISCOVERY
## PENDING THE COURT'S DISPOSITION OF DEFENDANTS'
## MOTION TO DISMISS ON THE BASIS OF QUALIFIED IMMUNITY

**THIS MATTER** came before the Court on an Unopposed Motion for Protective Order Staying Discovery Pending the Court's Disposition of Defendants' Motion to Dismiss Plaintiffs' Complaint on the Basis of Qualified Immunity. Having considered the Motion and the fact that the Motion is unopposed, the Court finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREEDED** that:

A.    The Unopposed Motion for Protective Order Staying Discovery Pending the Court's Disposition of Defendants' Motion to Dismiss Plaintiffs' Complaint on the Basis of Qualified Immunity is **GRANTED**; and

B.    All discovery (including the use of interrogatories, requests for production, requests for admission, depositions, and subpoenas) is hereby stayed pending the resolution of Defendants' Motion to Dismiss.

_____
Honorable Stephan M. Vidmar
United States Magistrate Judge

**SUBMITTED BY:**

ROBLES, RAEL & ANAYA, P.C.

 /s/ Luis Robles
Luis Robles
Attorney for Defendants
500 Marquette Ave., NW, Suite 700
Albuquerque, New Mexico 87102
(505) 242-2228
(505) 242-1106 (facsimile)
luis@roblerael.com

*Attorney for City Defendants*

**Approved by:**

Approved telephonically on November 26, 2018
Dick A. Blenden
Blenden Law Firm
208 W. Stevens
Carlsbad, NM 88220
dblenden@pvtnetowrjs.net

and

_____
Patrick B. McMahon
Heidel Samberson Newell Cox & McMahon
311 N. 1st Street
Lovington, NM 88260
hsncpbm@leaco.net

*Attorneys for Plaintiffs*